## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FIRST CHICAGO INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEIVY ROSAS RAMOS, LLC, an Indiana limited liability company, and WAGLER CUSTOM HOMES, LLC, an Indiana limited liability company,<br><br>Defendants. | Case No. 1:22-cv-00800-MG-TWP |

### ORDER OF DISMISSAL

The parties, by their respective counsel, having filed their Stipulation of Dismissal of Wagler Custom Homes, LLC only pursuant to settlement and Federal Rule 41(a)(2) and the Court having duly considered the same, hereby finds that Wagler Custom Homes, LLC shall be dismissed, with prejudice and without costs. The court further finds pursuant to Federal Rule of Civil Procedure Rile 54(b) that there is no just reason to delay enforcement or appeal of the dismissal of Wagler Homes, LLC.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Wagler Homes, LLC be and is hereby dismissed with prejudice and without costs.

Date: 1/31/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Counsel of Record